# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-177-GCM-DCK

| | |
|---|---|
| STACY MARIE SMITH, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Attorney's Fees Pursuant to Equal Access To Justice Act" (Document No. 23) filed May 29, 2018. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B). Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Attorney's Fees Pursuant to Equal Access To Justice Act" (Document No. 23) is **GRANTED**, and directs the Commissioner to pay Plaintiff $4,343.14 in full and final settlement of attorney fees and costs arising under EAJA, 28 U.S.C. § 2412(d). In accordance with Plaintiff's corresponding consent motion, full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

Signed: May 29, 2018

David C. Keesler
United States Magistrate Judge